**(CHANCERY/CIRCUIT) COURT OF TENNESSEE**
**140 ADAMS AVENUE   MEMPHIS, TENNESSEE 38103**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

**SUMMONS IN CIVIL ACTION**

NO. CT-002343-09   AD DAMNUM $_____   AUTO ☐ OTHER ☒

DAVINA TREADWELL

1110 Robin Hood Lane, Memphis, TN 38111
Home Address

_____
Business Address

vs.    **PLAINTIFF**

AMERICAN AIRLINES, INC

_____
Home Address

4333 Amon Carter Blvd., Ft. Worth, TX 76155
Business Address

**DEFENDANT**

TO THE DEFENDANT(S): serve through registered agent CT Corporation, 800 S. Gay Street, Suite 2021, Knoxville, TN 37929.

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on _____ Edgar Davison _____ Plaintiff's attorney, whose address is __ 5100 Poplar Ave., Memphis, TN 38137 __, telephone __901-683-1850__ within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk
KENNY ARMSTRONG, Clerk & Master

TESTED AND ISSUED __5/13__, 20 09   By __Bel__, D.C.

TO THE DEFENDANT(S):

NOTICE: Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

**COST BOND**

I hereby acknowledge and bind myself for the prosecution of this action and payment of all costs not to exceed $500.00 in this court which may at any time be adjudged against the plaintiff in the event said plaintiff shall not pay the same.

Witness My Hand this _____ day of _____, 20 _____
Certification when applicable

_____
Surety

I, KENNY ARMSTRONG, Clerk & Master of the Chancery Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this _____
KENNY ARMSTRONG, Clerk & Master

By: _____, D.C.

I, JIMMY MOORE, Clerk of the Circuit Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this _____
JIMMY MOORE, Clerk

By: _____, D.C.

Front

EXHIBIT A

## RETURN ON SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I HAVE SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20___ at _____ M. a copy of the summons and a copy of the Complaint to the following defendents

_____

Mark Luttrell, Sheriff

By _____

Deputy Sheriff

### PRIVATE PROCESS SERVER

I HEREBY CERTIFY THAT I HAVE SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20___ at _____ M. a copy of the summons and a copy of the Complaint to the following defendants

_____

(PLEASE PRINT THE FOLLOWING)

Private Process Server                Address

Company                               Phone

Other manner of service:              Signature

_____

I hereby certify that I have NOT served this Summons on the within named defendant(s) _____

because _____ is / are not to be found in this County for the following reason(s): _____

Mark Luttrell, Sheriff

This _____ day of _____, 20___ .   By _____

Deputy Sheriff

NO. _____  D. _____

IN THE (CHANCERY/CIRCUIT) COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

SUMMONS IN CIVIL ACTIONS

Davius Treadwell  PLAINTIFF

vs.

American Airlines, Inc.  DEFENDANT

Came to hand _____

Edgar Davison  Attorney for Plaintiff

Tel. No. 901-683-1852

Back

IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| DAVINA TREADWELL, | ) |
| Plaintiff, | ) |
| v. | ) CT-002343-09 |
| AMERICAN AIRLINES, INC. | ) JURY DEMANDED |
| Defendant. | ) |

**COMPLAINT FOR WRONGFUL TERMINATION AND BREACH OF CONTRACT**

COMES NOW Plaintiff, Davina Treadwell, by and through counsel, and for her Complaint against Defendant, American Airlines, Inc., states as follows:

## NATURE OF THE COMPLAINT

1. This is a civil action arising under the laws of the State of Tennessee and is brought pursuant to the Tennessee Human Rights Act, Tenn. Code Ann. § 4-21-101, et seq., and Tennessee common law. Plaintiff demands a jury in this matter and specifically alleges as follows:

## PARTIES

2. Plaintiff Davina Treadwell is a Caucasian female who worked as a Customer Service Manager for Defendant from March 1988 until her termination on or about March 10, 2006.

3. At all relevant times, Ms. Treadwell was an employee of Defendant for Tennessee Human Rights Act purposes.

4. Defendant is a corporation organized under the laws of the State of Delaware with its primary place of business located at 4333 Amon Carter Blvd., Ft. Worth, TX 76155. It can be served through registered agent CT Corporation, 800 S. Gay Street, Suite 201, Knoxville, TN 37929. Defendant employed Ms. Treadwell at all relevant times.

5. Defendant is a covered "employer" under the Tennessee Human Rights Act.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this matter pursuant to the Tennessee Human Rights Act, Tenn. Code Ann. § 4-21-101, et seq.

7. Venue is proper in this Court pursuant to Tenn. Code Ann. § 4-21-307(a).

8. This cause of action was originally filed on March 6, 2007 in Shelby County Circuit Court. Defendant removed the case to Federal Court on April 20, 2007. An Order of Dismissal without prejudice was entered on May 19, 2008. Plaintiff now files this action pursuant to the Tennessee Savings Statute, T.C.A. § 28-1-105.

## FACTS

9. On February 18, 2006, flight operations at the Memphis International Airport and other airports throughout the United States of America, experienced a serious disruption due to severe weather conditions.

10. On March 10, 2006, Plaintiff's employment was terminated due to alleged poor performance on February 18, 2006.

11. Plaintiff has requested from Defendant, on several occasions, a full and complete explanation for her termination (if any).

12. Defendant has refused to set out with any particularity, the basis on which it summarily terminated her employment.

## COUNT I

### RACE DISCRIMINATION IN VIOLATION OF THE TENNESSEE HUMAN RIGHTS ACT

13. Plaintiff realleges and incorporates the allegations of Paragraphs 1-12 above as if set forth fully herein.

14. Ms. Treadwell was a qualified employee of American Airlines.

15. Defendant discriminated against Ms. Treadwell on the basis of her race in the terms and conditions of her employment and in terminating her.

16. There was no legal basis on which Defendant could terminate Plaintiff and the alleged reason (poor performance) given by Defendant is pretext for illegal race discrimination.

17. Similarly situated employees of other races were treated more favorable than Plaintiff.

18. As a direct and proximate result of Defendant's discriminatory actions, Ms. Treadwell was injured and suffered damages.

19. Ms. Treadwell suffered a loss of back pay, benefits, incidental expenses, and front pay.

20. Defendant's conduct was malicious and intentional and further caused Ms. Treadwell to suffer humiliation, embarrassment, degradation, emotional distress, and mental anguish.

3

## COUNT II

### BREACH OF CONTRACT

21. Plaintiff realleges and incorporates the allegations of Paragraphs 1-20 above as if set forth fully herein.

22. On or about March 11, 1988, Plaintiff and Defendant entered into a written agreement, a copy of which is attached hereto as Exhibit "A" and made a part hereof.

23. By the terms of said written agreement, Plaintiff could be summarily dismissed only if she committed a serious breach of the Rules.

24. The consideration set forth in the agreement was the fair and reasonable.

25. Plaintiff has performed all conditions, covenants, and promises required by her on her part to be performed in accordance with the terms and conditions of the contract.

26. On or about March 10, 2006 the Defendant breached the said agreement by terminating Plaintiff's employment.

27. By reason of Defendant's breach of said contract as herein alleged, the Plaintiff has suffered damages.

28. By the terms of said written agreement, the Plaintiff is entitled to recover reasonable attorney fees incurred in the enforcement of the provisions of the agreement. By reason of the aforementioned breach of the defendant, the Plaintiff has been forced to secure the services of the legal firm of Crone & Mason, PLC to prosecute this lawsuit.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays for relief as follows:

4

1. That the Defendant be served and required to answer within the time prescribed by law;

2. That, upon the hearing of this cause, Plaintiff be awarded judgment for damages of lost compensation from the date of Defendant's discriminatory actions, in an amount to be proven at trial;

3. That the Court issue an award of front pay in an amount to be proven at trial in lieu of reinstatement as the actions described herein and the circumstances surrounding the place of employment have made reinstatement impossible;

4. That Plaintiff be awarded additional compensatory damages including, but not limited to, damages for emotional distress, pain and suffering, embarrassment, and humiliation in an amount to be proven at trial;

5. That costs and discretionary costs be taxed against Defendant;

6. That costs and attorneys' fees be assessed against Defendant pursuant to the contract and Tenn. Code Ann. § 4-21-306(a)(7);

7. That such other remedies as shall be necessary and proper to eliminate all violations complained of herein be awarded pursuant to Tenn. Code Ann. § 4-21-306(a)(8); and

8. For such other and further relief as this Court may find appropriate.

Respectfully submitted,

Alan G. Crone, TN Bar No. 014285
Edgar Davison, TN Bar No. 024388
**CRONE & MASON, PLC**
5100 Poplar Avenue, Suite 3200
Memphis, Tennessee 38137
(901) 683-1850
(901) 683-1963 (fax)
acrone@cronemason.com (email)
edavison@cronemason.com (email)

# AmericanAirlines A'A

## APPLICATION FOR EMPLOYMENT





EXHIBIT A

An Equal Opportunity Employer

MAIL YOUR APPLICATION TO:   AMERICAN AIRLINES
PERSONNEL DEPARTMENT
PO BOX 619040 - MD 5236
DFW AIRPORT, TX 75261-9040

AA 00074

BECAUSE OF THE LARGE VOLUME OF APPLICATIONS RECEIVED, NO WRITTEN ACKNOWLEDGEMENT IS MADE.

**PHOTOCOPIES OF THE APPLICATION WILL NOT BE ACCEPTED.**

## INSTRUCTIONS

- Read Terms of Employment carefully. Fe[deral] and State laws prohibit discrimination becau[se of] race, color, religion, national origin, age, sex, disability, or veteran status.
- **Complete every question. Your application will not be considered if it is incomplete.**
- Print the information in the boxes using a No. 2 pencil. Fill in the oval below each box containing a letter or number. If you run out of space, print the remaining information above the box. Fill in the oval corresponding to the category where appropriate.
- Please use leading zeros in fields where appropriate. For example, the month of January should be entered as "01".
- Fill in the clear oval for names containing a space or hyphen. For example, fill in a clear oval between the last name "Smith-Jones".

**First Name:** DAVID

**MI:** A

**Last Name:** SHIRPIZ[?]

Do you have a valid driver's license? Yes ● No ○   If yes, Number 093-52-012   State T[?]

How many years before your driver's license expires?  Less than 1 year ○   1 year ○   2 years ○   over 2 years ●

Can you drive standard transmission vehicles? Yes ● No ○

Which type of driver's license do you possess?  Passenger/Operator ●   Light Truck ○   Semitrailer ○

**Today's Date:** Month 04 Day 11 Year 96

**Social Security Number:** 454-52-49[?]

**Home Phone Number:** [blank]

**Business Phone Number:** [blank]

### Please fill in the job(s) or job category(s) for which you are applying

- ○ AIRPORT MANAGEMENT
- ○ AIRPORT TICKET AGENT
- ○ ASSOCIATE
- ○ BUILDING CLEANER
- ○ CARGO SALES
- ○ CLERICAL/SECRETARIAL
- ○ ENGINEERING
- ○ FINANCE
- ○ FLEET SERVICE/BAGGAGE HANDLER
- ○ INFORMATION SYSTEMS
- ○ LEGAL
- ○ MARKETING
- ○ MECHANIC - A&P
- ○ MECHANIC - NO A&P LICENSE
- ○ MECHANIC - AUTO
- ○ MECHANIC - FACILITIES MAINTENANCE
- ○ MEDICAL
- ○ OPERATIONS RESEARCH
- ○ PASSENGER SALES
- ○ PERSONNEL
- ○ PILOT
- ○ RESERVATIONS AGENT
- ○ STOCK/SHIPPING & RECEIVING
- ● OTHER, "Anything" will not be accepted.

Job Name - SKY[?] CAP[?]

**Type of employment desired**
- ● Full-Time
- ○ Part-Time
- ○ Either

**Kind of employment desired**
- ● Regular
- ○ Temporary
- ○ Either

*ANSWER IS VOLUNTARY.

1042891

Mark Reflex® by NCS MM101658-4  76  Printed in U.S.A.

AA 00075



AA 00076

# SKILLS

## Instructions

Review the skill listing below to identify the specific skills you possess. For those skills you possess, fill in the corresponding oval to indicate your highest level of experience (up to 12, up to 24, up to 36, or more than 36 months) and whether you have used the skill within the last 12 months.

| OFFICE AUTOMATION | Total Months Work Experience | | | | Skill Used Within Last 12 Months? | | Total Months Work Experience | | | | Skill Used Within Last 12 Months? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | up to 12 | up to 24 | up to 36 | more than 36 | | | up to 12 | up to 24 | up to 36 | more than 36 | |
| Apple Macintosh | ○ | ○ | ○ | ○ | ○ | HP Desk | ○ | ○ | ○ | ○ | ○ |
| Dbase III | ○ | ○ | ○ | ○ | ○ | IBM PS | ○ | ○ | ○ | ○ | ○ |
| Desktop Publishing | ○ | ○ | ○ | ○ | ○ | Lotus 1-2-3 | ○ | ○ | ○ | ○ | ○ |
| Displaywrite 3 | ○ | ○ | ○ | ○ | ○ | Paradox | ○ | ○ | ○ | ○ | ○ |
| Displaywrite 4 | ○ | ○ | ○ | ○ | ○ | Word for Windows | ○ | ○ | ○ | ○ | ○ |
| Excel | ○ | ○ | ○ | ○ | ○ | WordPerfect | ○ | ○ | ○ | ○ | ○ |
| Graphics Software | ○ | ○ | ○ | ○ | ○ | Word Star | ○ | ○ | ○ | ○ | ○ |

### INFORMATION SYSTEMS SKILLS

| | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used | | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AI | ○ | ○ | ○ | ○ | ○ | Novell | ○ | ○ | ○ | ○ | ○ |
| ALC | ○ | ○ | ○ | ○ | ○ | OS/2 | ○ | ○ | ○ | ○ | ○ |
| BASIC | ○ | ○ | ○ | ○ | ○ | PAL Programming | ○ | ○ | ○ | ○ | ○ |
| C | ○ | ○ | ○ | ○ | ○ | PASCAL | ○ | ○ | ○ | ○ | ○ |
| Capacity Planning | ○ | ○ | ○ | ○ | ○ | PL/1 | ○ | ○ | ○ | ○ | ○ |
| CASE | ○ | ○ | ○ | ○ | ○ | Quality Assurance | ○ | ○ | ○ | ○ | ○ |
| CMS Technical | ○ | ○ | ○ | ○ | ○ | REXX | ○ | ○ | ○ | ○ | ○ |
| COBOL | ○ | ○ | ○ | ○ | ○ | SABRE | ○ | ○ | ○ | ○ | ○ |
| Computer Operations | ○ | ○ | ○ | ○ | ○ | SABRETALK | ○ | ○ | ○ | ○ | ○ |
| Data Communications | ○ | ○ | ○ | ○ | ○ | SAS | ○ | ○ | ○ | ○ | ○ |
| Data Modeling | ○ | ○ | ○ | ○ | ○ | SQL | ○ | ○ | ○ | ○ | ○ |
| DB2 | ○ | ○ | ○ | ○ | ○ | System 36 | ○ | ○ | ○ | ○ | ○ |
| DBase III Programming | ○ | ○ | ○ | ○ | ○ | Systems Analysis | ○ | ○ | ○ | ○ | ○ |
| DBase III Programming | ○ | ○ | ○ | ○ | ○ | Tandem | ○ | ○ | ○ | ○ | ○ |
| DOS | ○ | ○ | ○ | ○ | ○ | Technical Writing | ○ | ○ | ○ | ○ | ○ |
| FORTRAN | ○ | ○ | ○ | ○ | ○ | Telecom | ○ | ○ | ○ | ○ | ○ |
| Hewlett Packard | ○ | ○ | ○ | ○ | ○ | TELON | ○ | ○ | ○ | ○ | ○ |
| IMS | ○ | ○ | ○ | ○ | ○ | Teradata | ○ | ○ | ○ | ○ | ○ |
| IMS - COBOL | ○ | ○ | ○ | ○ | ○ | TPF Applications | ○ | ○ | ○ | ○ | ○ |
| IMS - DB/DC | ○ | ○ | ○ | ○ | ○ | TPF Systems | ○ | ○ | ○ | ○ | ○ |
| IMS - RE | ○ | ○ | ○ | ○ | ○ | TSO - Technical | ○ | ○ | ○ | ○ | ○ |
| ISPF | ○ | ○ | ○ | ○ | ○ | Unisys | ○ | ○ | ○ | ○ | ○ |
| Janus | ○ | ○ | ○ | ○ | ○ | Unix | ○ | ○ | ○ | ○ | ○ |
| JCL | ○ | ○ | ○ | ○ | ○ | VAX | ○ | ○ | ○ | ○ | ○ |
| LAN | ○ | ○ | ○ | ○ | ○ | VM | ○ | ○ | ○ | ○ | ○ |
| Nomad | ○ | ○ | ○ | ○ | ○ | Voice Communications | ○ | ○ | ○ | ○ | ○ |

### OFFICE SKILLS

| | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used | | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Typing 1-24 WPM | ○ | ○ | ○ | ○ | ○ | Shorthand | ○ | ○ | ○ | ○ | ○ |
| Typing 25-49 WPM | ○ | ○ | ○ | ○ | ○ | Dictaphone | ○ | ○ | ○ | ○ | ○ |
| Typing 50+ WPM | ○ | ○ | ○ | ○ | ○ | Word Processing | ○ | ○ | ○ | ○ | ○ |

### FACILITIES SKILLS

| | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used | | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accessories | ○ | ○ | ○ | ○ | ○ | Machine Shop | ○ | ○ | ○ | ○ | ○ |
| Blueprint Interpretation | ○ | ○ | ○ | ○ | ○ | Millwright | ○ | ○ | ○ | ○ | ○ |
| Building Cleaning | ○ | ○ | ○ | ○ | ○ | Painter | ○ | ○ | ○ | ○ | ○ |
| Carpenter | ○ | ○ | ○ | ○ | ○ | Plumber | ○ | ○ | ○ | ○ | ○ |
| Electrician | ○ | ○ | ○ | ○ | ○ | Stationary Engineer | ○ | ○ | ○ | ○ | ○ |
| Electronics | ○ | ○ | ○ | ○ | ○ | Welder | ○ | ○ | ○ | ○ | ○ |
| Forklift Operator | ○ | ○ | ○ | ○ | ○ | | | | | | |

### AUTOMOTIVE MAINTENANCE SKILLS

| | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used | | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Automotive Maintenance | ○ | ○ | ○ | ○ | ○ | Hydraulics | ○ | ○ | ○ | ○ | ○ |
| Gas | ○ | ○ | ○ | ○ | ○ | Diesel | ○ | ○ | ○ | ○ | ○ |

### AIRCRAFT MAINTENANCE*, ENGINEERING, & WAREHOUSING SKILLS

| | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used | | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aircraft Overhaul | ○ | ○ | ○ | ○ | ○ | Line Maintenance | ○ | ○ | ○ | ○ | ○ |
| Avionics | ○ | ○ | ○ | ○ | ○ | Machine Shop | ○ | ○ | ○ | ○ | ○ |
| Composites/Bonding | ○ | ○ | ○ | ○ | ○ | Plater | ○ | ○ | ○ | ○ | ○ |
| Engine Overhaul | ○ | ○ | ○ | ○ | ○ | Shipping/Receiving | ○ | ○ | ○ | ○ | ○ |
| Heat Treat | ○ | ○ | ○ | ○ | ○ | Welder | ○ | ○ | ○ | ○ | ○ |

### OTHER SKILLS

| | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used | | up to 12 | up to 24 | up to 36 | more than 36 | Skill Used |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Other _____ | ○ | ○ | ○ | ○ | ○ | Other _____ | ○ | ○ | ○ | ○ | ○ |
| Other _____ | ○ | ○ | ○ | ○ | ○ | Other _____ | ○ | ○ | ○ | ○ | ○ |

* List types of equipment experience in Employment History section.

AA 00077

## SKILLS (Continued)

Instructions

Review the Language Skills listing below to identify the language skills you possess. For those skills you possess, fill in the corresponding oval to indicate your proficiency for that particular skill (Ability to Read, Write or Speak Fluently or Formal Education Only) and whether you have used the skill within the last 12 months.

| LANGUAGE SKILLS | Fluently Read | Write | Speak | Formal Education Only | Skill Used Within Last 12 Months? | | Fluently Read | Write | Speak | Formal Education Only | Skill Used Within Last 12 Months? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Albanian | ○ | ○ | ○ | ○ | ⊙ | Kiswahili | ○ | ○ | ○ | ○ | ⊙ |
| Afrikaans | ○ | ○ | ○ | ○ | ⊙ | Korean | ⊙ | ⊙ | ○ | ⊙ | ⊙ |
| Amharic | ○ | ○ | ○ | ⊙ | ⊙ | Latvian | ○ | ○ | ○ | ○ | ⊙ |
| Arabic | ○ | ○ | ○ | ○ | ⊙ | Lithuanian | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Armenian | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Macedonian | ○ | ○ | ○ | ○ | ⊙ |
| Assyrian | ○ | ○ | ○ | ○ | ⊙ | Malay | ⊙ | ⊙ | ⊙ | ○ | ⊙ |
| Bahasa (Indonesian) | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Norwegian | ○ | ○ | ○ | ○ | ⊙ |
| Belorussian | ○ | ○ | ○ | ○ | ⊙ | Polish | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Bengali | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Portuguese | ○ | ○ | ○ | ○ | ⊙ |
| Bongali | ○ | ○ | ○ | ○ | ⊙ | Punjabi | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Bulgarian | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Rumanian | ○ | ○ | ○ | ○ | ⊙ |
| Burmese | ○ | ○ | ○ | ⊙ | ⊙ | Russian | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Chinese (Cantonese) | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Serbo-Croation | ○ | ○ | ○ | ○ | ⊙ |
| Chinese (Mandarin) | ○ | ○ | ○ | ○ | ⊙ | Sindhi | ⊙ | ⊙ | ⊙ | ○ | ⊙ |
| Chinese (Shanghai) | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Sinhalese | ○ | ○ | ○ | ○ | ⊙ |
| Chinese (Other) | ○ | ○ | ○ | ○ | ⊙ | Slovak | ⊙ | ⊙ | ⊙ | ○ | ⊙ |
| Czechoslovakian | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Slovene | ○ | ○ | ○ | ○ | ⊙ |
| Danish | ○ | ○ | ○ | ○ | ⊙ | Spanish | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Dutch | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Swahili | ○ | ○ | ○ | ○ | ⊙ |
| Estonian | ○ | ○ | ○ | ○ | ⊙ | Swedish | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Farsi (Persian) | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Tagalog | ○ | ○ | ○ | ○ | ⊙ |
| Finnish | ○ | ○ | ○ | ○ | ⊙ | Tamil (India) | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| French | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Tamil (Ceylon) | ○ | ○ | ○ | ○ | ⊙ |
| German | ○ | ○ | ○ | ○ | ⊙ | Telugu | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Greek | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Thai | ○ | ○ | ○ | ○ | ⊙ |
| Gujarati | ○ | ○ | ○ | ○ | ⊙ | Turkish | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Hausa | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Twi (Ghana) | ○ | ○ | ○ | ○ | ⊙ |
| Hebrew | ○ | ○ | ○ | ○ | ⊙ | Ukrainian | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Hindi | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Urdu (Pakistan) | ○ | ○ | ○ | ○ | ⊙ |
| Hungarian | ○ | ○ | ○ | ○ | ⊙ | Vietnamese | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Icelandic | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Welsh | ○ | ○ | ○ | ○ | ⊙ |
| Indian | ○ | ○ | ○ | ○ | ⊙ | Yiddish | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Italian | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | Other _____ | ○ | ○ | ○ | ○ | ⊙ |
| Japanese | ○ | ○ | ○ | ○ | ⊙ | Other _____ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

## LICENSES/CERTIFICATES

Instructions

Indicate below any license(s) or certificate(s) you possess. If you have a license/certificate that is not listed, fill in the "Y" oval for the "Other" selection and print the name of the license/certificate in the space provided. You will be asked to provide numbers in the Education portion of this application for all licenses/certificates indicated here.

| License | | License | | License | |
|---|---|---|---|---|---|
| A&P License | ⊙ | Dispatcher | ⊙ | Real Estate | ⊙ |
| Airframe Only | ⊙ | First Class Operator | ⊙ | RN | ⊙ |
| ATP Certificate | ⊙ | FCC Radio | ⊙ | Stationary Engineer | ⊙ |
| Certified Public Accountant | ⊙ | Flight Engineer Certificate | ⊙ | Other _____ | ⊙ |
| Chauffeur | ⊙ | LPN | ⊙ | Other _____ | ⊙ |
| City License | ⊙ | LVN | ⊙ | Other _____ | ⊙ |
| Commercial Pilot | ⊙ | Power Plant Only | ⊙ | Other _____ | ⊙ |

| For Personnel Use Only | ○ EXC |
|---|---|

AA 00078

**1042891**   DO NOT WRITE IN THIS AREA

Please identify the one American Airlines' airport location nearest you and indicate an alternative location if desired. Your alternative will be considered depending on employment needs.

| Nearest/Alternative | Nearest/Alternative | Nearest/Alternative | Nearest/Alternative |
|---|---|---|---|
| Albany, NY | Fort Myers, FL | Miami, FL | Sacramento, CA |
| Albuquerque, NM | Fresno, CA | Milwaukee, WI | Salt Lake City, UT |
| Amarillo, TX | Grand Rapids, MI | Minneapolis/St. Paul, MN | San Antonio, TX |
| Atlanta, GA | Greensboro/High Point, NC | Nashville, TN | San Diego, CA |
| Austin, TX | Gunnison, CO | New Orleans, LA | San Francisco, CA |
| Bakersfield, CA | Harlingen, TX | New York, NY - JFK | San Jose, CA |
| Baltimore, MD | Harrisburg, PA | New York, NY - LaGuardia | San Juan, PR |
| Baton Rouge, LA | Hartford, CT | Newark, NJ | Sarasota, FL |
| Birmingham, AL | Hayden, CO | Newburgh, NY | Savannah, GA |
| Boston, MA | Honolulu, HI | Norfolk/Virginia Beach, VA | Seattle, WA |
| Buffalo, NY | Houston, TX | Oakland, CA | Shreveport, LA |
| Burbank, CA | Huntsville, AL | Oklahoma City, OK | Steamboat Springs, CO |
| Charleston, SC | Idaho Falls, ID | Omaha, NE | St. Louis, MO |
| Charlotte, NC | Indianapolis, IN | Ontario, CA | St. Thomas, VI |
| Chicago, IL | Islip, NY | Orange County, CA | Syracuse, NY |
| Cincinnati, OH | Jackson Hole, WY | Orlando, FL | Tampa, FL |
| Cleveland, OH | Jacksonville, FL | Palm Springs, CA | Tucson, AZ |
| Colorado Springs, CO | Kansas City, MO | Philadelphia, PA | Tulsa, OK |
| Columbus, OH | Las Vegas, NV | Phoenix, AZ | Vail, CO |
| Corpus Christi, TX | Little Rock, AR | Pittsburgh, PA | Washington - Dulles |
| Dallas/Ft Worth, TX | Los Angeles, CA | Portland, OR | Washington - Nat'l |
| Dayton, OH | Louisville, KY | Providence, RI | West Palm Beach, FL |
| Denver, CO | Lubbock, TX | Raleigh/Durham, NC | Wichita, KS |
| Des Moines, IA | Madrid | Reno, NV | Other _____ |
| Detroit, MI | McAllen, TX | Richmond, VA | Other _____ |
| El Paso, TX | Melbourne, FL | Rochester, MN | Other _____ |
| Fort Lauderdale, FL | Memphis, TN | Rochester, NY | Other _____ |

Do you have any relatives working for American Airlines or any other AMR subsidiary whose relationship to you is spouse, parent, parent-in-law, brother, sister, brother-in-law, sister-in-law, child, or child's spouse?   Yes ○ ——> If yes, complete the relative information below.  No ●

Do you have more than three of these relatives working for American Airlines or any other AMR subsidiary?   Yes ○ ——> If yes, attach additional page identifying these relatives.  No ●

| Relative #1 | Employee # | Relative #2 | Employee # | Relative #3 | Employee # |
|---|---|---|---|---|---|
| (Relationship of employee to you)<br>○ Spouse<br>○ Parent<br>○ Parent-in-law<br>○ Brother<br>○ Brother-in-law<br>○ Sister<br>○ Sister-in-law<br>○ Child<br>○ Child's Spouse | ⓪①②③④⑤⑥⑦⑧⑨ | (Relationship of employee to you)<br>○ Spouse<br>○ Parent<br>○ Parent-in-law<br>○ Brother<br>○ Brother-in-law<br>○ Sister<br>○ Sister-in-law<br>○ Child<br>○ Child's Spouse | ⓪①②③④⑤⑥⑦⑧⑨ | (Relationship of employee to you)<br>○ Spouse<br>○ Parent<br>○ Parent-in-law<br>○ Brother<br>○ Brother-in-law<br>○ Sister<br>○ Sister-in-law<br>○ Child<br>○ Child's Spouse | ⓪①②③④⑤⑥⑦⑧⑨ |
| Job Title:<br>Location: | | Job Title:<br>Location: | | Job Title:<br>Location: | |

AA 00079

Print or type answers to every question be[fore] necessary. A resume will **not** be accept[ed] [as] a substitute for completing the informati[on be]low. Your application will not be considered if it is [inco]mplete. Attach an additional page, if [nec]essary.

NAME David Shirrell  SOCIAL SECURITY # 454 53 4705  HOME PHONE ( )

JOB(S)/JOB CATEGORY(S) FOR WHICH YOU ARE APPLYING  SATO AGENT

### EMPLOYMENT HISTORY

List all previous work experience including military service record and periods of unemployment. Begin with present position and work back to your first position. If there were periods of more than one month where you were self-employed or unemployed, list name and address of person(s) who can verify your activities during these periods.

| From Mo/Yr | To Mo/Yr | Employer Address/Telephone Number | Salary | Job Title and Description of Work Performed | Specific Reason for Leaving |
|---|---|---|---|---|---|
| 9/86 | 04/88 | AAFES Lakenheath, UK | $465 pw | sales assoc | |
| 5/86 | 8/86 | Round Rock Trav Main Street Round Rock, TX | 140 pw | tvl agent | To move to the UK |
| 1/86 | 5/86 | Inwood Travel Hwy 290 Austin, Texas | 1200 per m | tvl agent | To learn new system closer to home |
| 8/82 | 1/83 | Holidays n Travel 701 Brazos Austin, TX | 90 pw | tky delivery | To go to tvl agt sch |
| 9/81 | 9/82 | It's n small world Barton Creek Mall Austin, TX | 6.00 ph | Sales assoc | To go into travel |

Provide type of equipment for any aircraft maintenance experience you previously indicated in the Skills section:

### EDUCATION

| List all schools attended | Name and Address of School | **From Mo/Yr | **To Mo/Yr | Graduated Yes / No (Check One) | Degree/Type of Diploma | Major Course |
|---|---|---|---|---|---|---|
| High School | Crockett H.S. | 9/80 | 5/84 | ✓ | Diploma | |
| College or University | | | | | | |
| College or University | | | | | | |
| Graduate School | | | | | | |
| Business or Technical | | | | | | |

If you attended college but did not graduate, how many credit hours needed for degree?  Associate _____  Bachelor _____

List any scholarships, academic honors, awards or special achievements:

Provide a name and number for any License or Certificate you previously indicated in the Licenses/Certificates section:

### MILITARY SERVICE

| **Branch | **Grade or Rank | **Nature of Duty or Training | Induction Date | Separation Date |
|---|---|---|---|---|

**Present Selective Service Classification:** 
**Type of Discharge or Separation:**

**YOU ARE NOT REQUIRED TO ANSWER IF PROHIBITED BY APPLICABLE STATE LAW.

1042891

AA 00080

### TERMS OF EMPLOYMENT

I, the undersigned, state that all information given by me in this application is true to the best of my knowledge. I authorize American Airlines Inc., (American) (herein called the company) to verify such information and to contact any reference given by me. Should I be employed by the company, I agree that:

1. My employment shall be in accordance with the terms of (a) this application, (b) company rules and regulations and any amendments thereto and (c) any applicable labor agreement. The company shall have the right to amend, modify or revoke its rules and regulations at any time. I will familiarize myself promptly with such rules and regulations and will abide and be bound by the rules and regulations now or hereafter in effect.

2. I understand that my employment is not for a specific term and can be terminated by me or by the company at any time for any reason, with or without cause, with or without notice, its only obligation being to pay wages or salary earned by me to termination. Without limitation, failure to abide by company rules and regulations or the falsification or omission of any information given by me in this application will entitle the company to terminate my employment. No representation concerning my employment with the company has been made to me. I understand that the above provisions of my employment may not be changed by oral representation or by any writing unless such writing is executed by both an authorized officer of the company and by me.

3. I will submit to medical examination(s) by a physician appointed by the company at such time(s) as it may request, and will submit to such examination before making any claim against the company for injuries or illnesses suffered in connection with my employment.

4. I agree that employment may be contingent upon my meeting all placement considerations, including medical requirements.

5. All right, title and interest, including without limitation, all copyrights and patents, in and to any material produced or inventions developed by me which affect or relate to the company's business or affect or relate to the airline industry shall vest in the company and I shall have no personal right, title or interest whatsoever therein.

6. The company, and any person or concern it may authorize, shall be entitled, without further consent, to copyright, sell or use in any manner, any picture or photograph of me.

7. The company shall have the right at any time after termination of my employment to furnish to others information concerning my employment record with this company, including the information contained in this application, with no liability to the company for providing such information.

8. I agree not to disclose any of the company's trade secrets or other confidential or restricted information and not to make use of such trade secrets or confidential restricted information in any fashion during my employment or after my employment with the company is terminated. I agree not to solicit current employees of the company or of other subsidiaries of AMR Corporation to join me at my new place of employment after my employment with the company is terminated.

9. I will cooperate in any company investigation by giving true and complete answers to all questions and by complying with all other requests for assistance.

10. I understand that the company and all subsidiaries of AMR Corporation have terms and conditions regarding the employment of relatives of current AMR Corporation subsidiary employees. For the purpose of this policy, a relative is defined as an employee's spouse, parent, spouse's parent, child, child's spouse, brother, sister, brother-in-law and sister-in-law. I agree that I will not interfere in any way with a relative's employment relationship with American or any subsidiary of AMR Corporation, including hiring, transfer, promotion, or discipline. I understand that employees are prohibited from being the first or second level supervisor of a relative and that this may affect a transfer or promotional opportunity for me in the future. I understand that I am solely responsible for compliance with this rule. I have identified all of my relatives currently working at AMR Corporation subsidiaries. I understand that failure to identify these relatives or failure to abide by these terms and conditions will result in disciplinary action against me up to and including dismissal.

11. I understand neither I nor any member of my immediate family (wife, husband, parents, children or their spouses) can engage in any activity that might benefit us personally at the expense of the company, or that would be harmful to the company without the expressed written consent of the company.

12. I understand that throughout my employment I am required to report to work on a regular and timely basis.

13. I understand I will be terminated if I provide false or fraudulent information on this application. I further understand that it is a violation of Federal Regulations to furnish false or fraudulent information on any application for approved airport access identification (14 CFR 108).

I have read and understand the Terms of Employment

Dated _11 March_ 19 _88_    *Nauma Shivell*
Signature of Applicant (IN INK)

---

CONSENT OF PARENT OR GUARDIAN (WHERE REQUIRED BY APPLICABLE STATE LAW IF APPLICANT IS UNDER 21 YEARS OF AGE)
I, the undersigned being the parent or guardian of this applicant, in consideration of the premises, do hereby consent to the above agreement.

_____    _____    (L.S.) _____
Witness                Parent or Guardian              Relationship

WE APPRECIATE YOUR INTEREST IN AMERICAN AIRLINES AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION.

### FOR PERSONNEL USE ONLY

Personnel Interview by: _____    Date: _____   Time: _____   Location: _____

Comments: _____

Type of test(s) administered: _____

(1/97)

AA 00081