UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**DAVINA TREADWELL**

| | |
|---|---|
| **v.** | **JUDGMENT IN A CIVIL CASE** |
| **AMERICAN AIRLINES, INC.** | **CASE NO: 09-cv-2371** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** filed on June 9, 2010, this cause is hereby dismissed.

**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

DATE: 6/09/2010                                          THOMAS M. GOULD

                                                         Clerk of Court

                                                            s/Taffy Elchlepp
                                                         (By)   Deputy Clerk